# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILBERT ROY HOLMES,
Appellant,

vs.

RAND A. BALLARD,
Respondent.

No. 79614

**FILED**

JAN 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On January 6, 2020, we directed appellant to pay the filing fee within 10 days or this appeal would be dismissed. As of today's date, appellant has not responded to our order. Accordingly, we

ORDER this appeal DISMISSED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

By_____

cc: Hon. Stefany Miley, District Judge
Wilbert Roy Holmes
Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-03515